UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

NATALIE FRODSHAM, on behalf of herself and all others similarly situated,

        Plaintiff,

v.

RACHAS, INC. d/b/a CHUZE FITNESS,

        Defendant.

Case No.:  3:24cv222-BTM-VET

**DISMISSAL ORDER**

The parties having filed a stipulation of dismissal, and for good cause shown, Plaintiff's individual and class claims are dismissed without prejudice.  Only plaintiff's individual claims will be dismissed with prejudice on May 22, 2025, if the parties do not file any objection before that date.

**IT IS SO ORDERED.**

Dated:  April 24, 2025

Honorable Barry Ted Moskowitz
United States District Judge