# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE FRODSHAM, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>RACHAS, INC. d/b/a CHUZE FITNESS,<br><br>　　　　　　　　　　Defendant. | Case No.:  3:24cv222-BTM-VET<br><br>**DISMISSAL ORDER** |

On April 24, 2025, the Court entered an order, pursuant to the parties' stipulation of dismissal, dismissing the plaintiff's claims without prejudice.  The order provided that if no objections were filed by May 22, 2025, the plaintiff's claims would be dismissed with prejudice.  No objections having been filed, the plaintiff's individual claims are now dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  May 27, 2025

　　　　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　United States District Judge